**Christopher Lundberg** OSB No. 941084
email: clundberg@hk-law.com
**Matthew E. Malmsheimer,** OSB No. 033847
email: mmalmsheimer@hk-law.com
**HAGLUND KELLEY LLP**
200 S.W. Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| **KEN BORDER**, an individual,<br><br>Plaintiff,<br>v.<br><br>**LANE COUNTY**, a municipal governmental entity, **DONOVAN DUMIRE**, an individual, **AARON RAUSCHERT**, an individual; and **GREGORY OLSON**, an individual, and **GTO MANAGEMENT, INC. dba USO CONSULTING,** an Oregon corporation<br><br>Defendants. | Case No.: 6:17-cv-00394-MC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to FRCP 41(a)(1)(ii), plaintiff hereby stipulates to a dismissal of the Complaint against Defendants with prejudice and without costs to all parties.

/ / /

/ / /

IT IS HEREBY ORDERED that this action be dismissed with prejudice and without costs or fees to any party.

DATED: _____   _____
The Honorable Michael J. McShane
United States District Court Judge

IT IS SO STIPULATED:

**HAGLUND KELLEY LLP**

By: s/*Christopher Lundberg*
Christopher Lundberg, OSB No. 981084
Email: clundberg@hk-law.com
200 SW Market Street, Ste. 1777
Portland, OR 97201

Attorneys for Plaintiff

**LANE COUNTY OFFICE OF LEGAL COUNSEL**

By: s/*Stephen E. Dingle*
Stephen E. Dingle
125 East Eighth Avenue
Eugene, Oregon 97401
Stephen.dingle@co.lane.or.us

Attorney for Defendants Lane County, Donovan Dumire and Aaron Rauschert

**CHOCK BARHOUM LLP**

s/*Jeff Hansen*
Jeff Hansen
Tessan Wess
121 SW Morrison, Ste. 415
Portland, OR 97204
Jeff.hansen@chockbarhoum.com
Tessan.wess@chockbarhoum.com

Attorneys for Gregory Olson and GTO Management, Inc.

Page 2 –   **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

HAGLUND KELLEY LLP
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201
PL07 -- 52387

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2018, I served the foregoing **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS,** on the following:

>Stephen E. Dingle
>125 East Eighth Avenue
>Eugene, Oregon 97401
>Stephen.dingle@co.lane.or.us
>
>Attorney for Defendants Lane County, Donovan Dumire and Aaron Rauschert
>
>Jeff Hansen
>Tessan Wess
>Chock Barhoum LLP
>121 SW Morrison, Ste. 415
>Portland, OR 97204
>Jeff.hansen@chockbarhoum.com
>Tessan.wess@chockbarhoum.com
>
>Attorneys for Gregory Olson and GTO Management, Inc.

by the following indicated method(s):

☐ by **mailing** and **emailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

/s/ Christopher Lundberg
Christopher Lundberg, OSB No. 941084
Attorney for Plaintiff

PAGE 1 – CERTIFICATE OF SERVICE